# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| MIGUEL A. ADAMS, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. CIV-10-0007-F |
| WALTER DINWIDDIE (WARDEN), | ) |
| Defendant. | ) |

## ORDER

The Report and Recommendation by Magistrate Judge Robert Bacharach (doc. no. 6) recommends denying petitioner's motion for *in forma pauperis* status. (Motion, doc. no. 2.) This particular recommendation is adopted. As petitioner has now paid the fee as shown by the clerk's receipt (doc. no. 7), the other possible outcomes discussed in the Report are moot. Accordingly, the Report is **ADOPTED** to the extent it is not moot. This action is **REFERRED BACK** to Magistrate Judge Robert E. Bacharach, in accordance with the original Order of Referral entered on January 5, 2010.

Dated this 20th day of January, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0007p002.wpd