# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIGUEL A. ADAMS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-10-0007-F |
| WALTER DINWIDDIE (Warden), | ) |
| Respondent. | ) |

## ORDER

This action is filed by petitioner seeking habeas relief in connection with state court convictions. On April 16, 2010, Magistrate Judge Robert E. Bacharach filed a Report and Recommendation (doc. no. 14), recommending that the court grant respondent's (converted) motion for summary judgment (motion at doc. no. 11). Petitioner filed a timely objection to the recommendations contained in the Report, and the court reviews the matter *de novo*.

After careful study of petitioner's objections, the Report and the relevant legal authorities, the court finds that it agrees with the magistrate judge's determinations and that no purpose would be served by any additional analysis here.

Accordingly, the court hereby **ADOPTS**, **ACCEPTS** and **AFFIRMS** the Report and Recommendation of the magistrate judge. Respondent's motion for summary judgment is **GRANTED**.

Dated this 25th day of May, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0007p003.wpd